Ray K. Shahani, Esq.  SBN 160,814
Attorney at Law
Oyster Point Marina Plaza
400 Oyster Point Blvd., Suite 518
South San Francisco, California 94080
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
Email: rks@attycubed.com
Attorney for Plaintiffs
PICA PICA, LLC and
PAPELÓN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICA-PICA, LLC, a California limited liability corporation dba PICA PICA, and PAPELÓN, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ALWAYS HUNGRY, LLC, a California limited liability corporation dba PIRI PICA, WEDNESDAY LITE HOSPITALITY GROUP, INC., a California corporation, KHALID HISHAMYOUSEF MUSHASHA, an individual, ANTELMO MARK FARIA, an individual, GEORGOPOULOS & ECONOMIDIS, LLP dba GE LAW GROUP, a California limited liability partnership, ZACH GEORGOPOULOS, an individual, ROBERTA ECONOMIDIS, an individual, and DOES 1-10,<br><br>Defendants. | Case No: 19-cv-00342-EMC<br><br>Honorable Edward M. Chen<br><br>[PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED THAT as per request of the Plaintiffs in the above-captioned action:

This case is hereby dismissed in its entirety against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: February 7, 2020

_____
United States District Judge
Honorable Edward M. Chen